David S. Barrett (SBN 209986)
david@dsblawoffice.com
LAW OFFICE OF DAVID BARRETT
117 'J' Street, Suite 300
Sacramento, CA 95814
Telephone: (916) 440-0233
Facsimile: (916) 440-0237

Chad M. Hagan (*pro hac vice* pending)
chad.hagan@hnbllc.com
Stephen M. Ferguson (*pro hac vice* pending)
stephen.ferguson@hnbllc.com
**HAGAN NOLL & BOYLE LLC**
820 Gessner, Suite 940
Houston, TX 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES L.L.C., a Texas Limited Liability Company, and NAGRASTAR L.L.C., a Colorado Limited Liability Company,<br><br>        Plaintiffs,<br><br>  v.<br><br>CARL SUMMERS,<br><br>        Defendant. | Case No. 1:10−CV−00307−AWI−GSA<br><br>**PLAINTIFFS' STATUS REPORT REGARDING DEFENDANT'S 'STIPULATION' TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar L.L.C., hereby file this Status Report regarding Defendant's "Stipulation to Extend Time to Respond to Initial Complaint." (Dkt. 7).

1. On March 19, 2010, Defendant Carl Summers ("Summers") was personally served with the Summons (Dkt. 5), Complaint (Dkt. 1), and Civil New Case Documents (Dkt. 6) at 3292 N Weber, Fresno, California 93722. Summers' answer was due on April 9, 2010.

2. On April 9, 2010, Summers unilaterally filed a document titled "Stipulation to Extend Time to Respond to Initial Complaint." (Dkt. 7). Summers did not obtain Plaintiffs' consent to the purported stipulation or authority to file any document with the Court purporting to contain Plaintiffs' counsel's electronic signature.

3. A voicemail message left by Summers for Plaintiffs counsel on April 9, 2010 stated that Summers was going to request the Court for an extension of time to respond. Plaintiffs' counsel did not receive Summers' voicemail message until April 14, 2010. Summers indicated in that message that his telephone number was 559-312-6868. Plaintiffs would have granted Summers a reasonable extension of time to file an answer to the Complaint had Summers been able to contact Plaintiffs' counsel to request an extension.

DATED: April 14, 2010                    Respectfully submitted,

By: /s/ David S. Barrett
David S. Barrett (SBN 209986)
david@dsblawoffice.com
LAW OFFICE OF DAVID BARRETT
117 'J' Street, Suite 300
Sacramento, CA 95814
Telephone: (916) 440-0233
Facsimile: (916) 440-0237

Chad M. Hagan (*pro hac vice* pending)
chad.hagan@hnbllc.com
Stephen M. Ferguson (*pro hac vice* pending)
stephen.ferguson@hnbllc.com
**HAGAN NOLL & BOYLE LLC**
820 Gessner, Suite 940
Houston, TX 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

**Attorneys for Plaintiffs**

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 117 'J' Street, Suite 300, Sacramento, California 95814. I am familiar with the practice at my place of business for collection and processing of correspondence for mailing. Such correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business.

On April 14, 2010, I served the following documents described as:

- **PLAINTIFFS' STATUS REPORT REGARDING DEFENDANT'S 'STIPULATION' TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

__ by **Electronically Transmitting** the document through the Case Management/ Electronic Case Filing (CM/ECF) system, and/or pursuant to the email address provided in the parties' agreement on electronic service of documents in this action.

_X_ by placing the document in a sealed envelope with postage thereon fully prepaid in the **United States Mail** at Sacramento, California addressed as set forth below.

>   Whipple Superchargers
>   c/o Carl Summers
>   3292 N Weber
>   Fresno, California 93722

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 14, 2010 at Sacramento, California.

  /s/ David S. Barrett_____
David S. Barrett

2

**PLAINTIFFS' STATUS REPORT REGARDING 'STIPULATION'**