UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**DISH NETWORK L.L.C., ET AL.,**

vs.   CASE NO. **1:10−CV−00307−AWI−SKO**

**CARL SUMMERS,**

### ORDER OF REASSIGNMENT

The court, having considered the appointment of **Magistrate Judge Sheila K. Oberto**, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **Magistrate Judge Gary S. Austin**, to **Magistrate Judge Sheila K. Oberto**.

The new case number for this action, which must be used on all future documents filed with the court, is:

**1:10−CV−00307−AWI−SKO**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

Dated:  April 15, 2010

ANTHONY W. ISHII, Chief
United States District Judge