# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DISH NETWORK, LLC, et al,** ) <br> ) <br> **Plaintiffs**, ) <br> ) <br> v. ) <br> ) <br> **CARL SUMMERS,** ) <br> ) <br> **Defendant.** ) <br> _____ ) | NO.1:10-CV-00307-AWI-GSA <br><br> **ORDER GRANTING PRO HAC VICE APPLICATION** |

The court has read and considered the application of Stephen M. Ferguson for admission to practice Pro Hac Vice under the provisions of Local Rule 83-180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Stephen M. Ferguson's application for admission to practice Pro Hac Vice is GRANTED.

IT IS SO ORDERED.

Dated:   April 15, 2010          /s/ Anthony W. Ishii
                                  CHIEF UNITED STATES DISTRICT JUDGE