May 8, 2010

Answer to Complaint

Carl Summers

8839 N Cedar Ave # 31

Fresno, CA 93720

559-312-6868(cell)



FILED
MAY 07 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

To whom it may concern regarding case # 1:10-CV-00307-AWI-GSA Dish Network vs. Carl Summers

I do not understand the allegations made, and therefore cannot make an intelligent reply. I don't have any money to hire an attorney to help me respond. I tried to follow the guidelines of the court when asking for an extension and failed horribly. I thank the court for understanding and allowing the extension.

I recognize that I must make a reply and this is all I have to offer at this point. I ask David Barrett and his accompanying plaintiff's to provide information as to why this suit is valid and I also ask the court to allow me a countersuit if I end up having to borrow money to hire a proper defense.

With Respect,

*Carl Summers* (signature)

-Carl Summers