David S. Barrett (SBN 209986)
david@dsblawoffice.com
**LAW OFFICE OF DAVID BARRETT**
117 'J' Street, Suite 300
Sacramento, CA 95814
Telephone: (916) 440-0233
Facsimile: (916) 440-0237

Chad M. Hagan (*pro hac vice*)
chad.hagan@hnbllc.com
Stephen M. Ferguson (*pro hac vice*)
stephen.ferguson@hnbllc.com
**HAGAN NOLL & BOYLE LLC**
820 Gessner, Suite 940
Houston, TX 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES L.L.C., a Texas Limited Liability Company, and NAGRASTAR L.L.C., a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>CARL SUMMERS,<br><br>Defendant. | Case No. 1:10-CV-00307-AWI-SKO<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED DOCUMENTS AS TO DEFENDANT CARL SUMMERS** |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address)*:<br>Hagan Noll & Boyle, LLC<br>820 Gessner, #940<br>Houston, TX 77024<br>TELEPHONE NO.: 713 343-0478  FAX NO. *(Optional)*: 713 758-0146<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: DISH NETWORK LLC, A COLORADO LIMITED LIABILITY COMPANY, ET AL | FOR COURT USE ONLY |
|---|---|

| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 1130 "O" ST<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FRESNO 93721<br>BRANCH NAME: | |
|---|---|
| PLAINTIFF/PETITIONER: DISH NETWORK LLC, A COLORADO LIMITED LIABILITY COMPANY, ET AL | CASE NUMBER:<br>1:10-cv-00307-AWI-GSA |
| DEFENDANT/RESPONDENT: CARL SUMMERS | |

| PROOF OF SERVICE (CIVIL) | HEARING DATE/TIME: | HEARING DEPT./DIV.: | Ref. No. or File No.:<br>Carl Summers |
|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   See Attachment A

3. a. Party served *(specify name of party as shown on documents served)*:
   CARL SUMMER
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   WHIPPLE SUPERCHARGERS, 3292 N WEBER, FRESNO, CA 93722

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*: **3/19/2010**  (2) at *(time)*: **1:00 PM**
   b. [ ] **by substituted service.** On *(date)*:  (2) at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:  from *(city)*:  or [ ] a declaration of mailing is attached.
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Code of Civil Procedure, § 1011



PROOF OF SERVICE
(CIVIL)

Order No. 8153966 SEA

| PLAINTIFF/PETITIONER: | DISH NETWORK LLC, A COLORADO LIMITED LIABILITY COMPANY, ET AL | CASE NUMBER: 1:10-cv-00307-AWI-GSA |
|---|---|---|
| DEFENDANT/RESPONDENT: | CARL SUMMERS | |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date):*   (2) from *(city):*
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. **Person who served papers**
   a. Name: Paula Sapatjian
   b. Address: 7275 N 1st St, Suite 103, Fresno, CA 93720
   c. Telephone number: 559-442-0771
   d. The fee for service was: $
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] registered California process server:
         (i) [ ] owner  [ ] employee  [X] independent contractor
         (ii) [X] Registration No.: S200510000018
         (iii) [X] County: Fresno

7. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
8. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 3/22/2010

Paula Sapatjian
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

ATTACHMENT A

SUMMONS IN A CIVIL CASE; PLAINTIFFS' COMPLAINT FOR VIOLATION FO THE DIGITAL MILLENNIUM COPYRIGHT ACT 17USC 1201(a1); VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT 17USC 1201(a2); VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT 17USC 1201(b1); VIOLATION OF THE COMMUNICATIONS ACT OF 1934 AS AMENDED 47USC 605(a); VIOLATION OF THE COMMUNICATIONS ACT OF 1934 AS AMENDED 47 USC 605(e)(4); ORDER SETTING MANDATORY SCHEDULE CONFERENCE; CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271